# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131546 (64)(66)

HASTINGS MUTUAL INSURANCE COMPANY,
      Plaintiff-Appellant/
      Cross-Appellee,

v

MOSHER, DOLAN, CATALDO & KELLY, INC.,
      Defendant-Appellee/
      Cross-Appellant,
and

LISA FEINBLOOM and DAVID FEINBLOOM,
      Defendants.
_____

SC: 131546
COA: 265621
Oakland CC: 04-056508-CK

On order of the Chief Justice, the motions by the Complex Insurance Claims Litigation Association and Amerisure Mutual Insurance Company for leave to file briefs *amicus curiae* are considered and they GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2007

*Corbin R. Davis*
Clerk